**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DENA WENZLER**                                                                    **PLAINTIFF**

**vs.**                               **CASE NO.  4:09-CV-00465 GTE**

**CITY OF SHERWOOD, ARKANSAS, et al.**                               **DEFENDANTS**

**AGREED ORDER OF DISMISSAL**

On July 8, 2010, the jury returned a verdict resolving the factual disputes in favor of

Plaintiff Dena Wenzler.  The Court was awaiting briefs from the parties, so that it could apply the

law.  However, the parties have now advised that they have reached an agreement to resolve all

outstanding issues.  Accordingly,

IT IS HEREBY ORDERED that all claims asserted in this matter be, and they are hereby,

DISMISSED WITH PREJUDICE.

The Court retains complete jurisdiction for thirty (30) days for the purpose of enforcing

the settlement between the parties.  Additionally, upon a timely motion and for good cause

shown, the Court reserves the right to vacate this Order and to reopen this action if it is

satisfactorily shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this  12th   day of July, 2010.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE